

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Brandon Perez, Appellant

No. 06-24-00078-CR     v.

The State of Texas, Appellee

Appeal from the 16th District Court of Denton County, Texas (Tr. Ct. No. F22-3244-16). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find there was partial error in the bill of costs. Therefore, we modify the bill of costs by striking the time payment fee without prejudice to it being assessed later if more than thirty days elapses without payment of court costs after they become due and by including a statement showing that court costs are not due until appellant is released from confinement. We affirm the judgment of the trial court.

We note that the appellant, Brandon Perez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 7, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk